UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMALL BAKER,<br><br>               Plaintiff,<br><br>     v.<br><br>JERALD GRANT, *et al.*<br><br>               Defendants. | Case No. C17-1678RSL<br><br>ORDER OF REFERENCE<br><br>Non-Dispositive Motion<br>Pending in Civil Case |

    The Court hereby refers to United States Magistrate Judge Mary Alice Theiler, pursuant to 28 U.S.C. §636(b)(1), Local Rule MJR 3, and Fed. R. Civ. P. 72(a), the following non-dispositive motion pending before this Court:

    Plaintiff's Motion for Order in Support of Motion to Appoint Counsel. Dkt. # 36.

    The Magistrate Judge shall hear and determine such motion. Any appeal from the determinations of the Magistrate Judge shall be in accordance with Fed. R. Civ. P. 72(a), 28 U.S.C. § 636(b)(1)(A) and Local Rule MJR 3(b).

    DATED this 27th day of June, 2018.

                                                      /s/ Robert S. Lasnik<br>
                                                    Robert S. Lasnik<br>
                                                    United States District Judge

ORDER OF REFERENCE - 1