UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAMALL BAKER,

        Plaintiff,

v.

JERALD GRANT, et al.,

        Defendants.

Case No. C17-1678-RSL-MAT

ORDER ON PLAINTIFF'S MOTIONS TO COMPEL DISCOVERY AND FOR AN EXTENSION OF TIME

This is a 42 U.S.C. § 1983 prisoner civil rights action. Plaintiff has two motions currently pending: a motion to compel defendants to provide the original signature page to Defendant Neely's discovery responses (Dkt. 50), and a motion for an extension of time to respond to defendants' motion for summary judgment asserting that plaintiff failed to exhaust his administrative remedies (Dkt. 54). Defendants have responded to both motions. Having considered the parties' submissions, the balance of the record, and the governing law, the Court finds and ORDERS:

(1) Plaintiff's motion to compel (Dkt. 50) is GRANTED. Defendants indicate in their response that they will provide Defendant Neely's original signature page when they receive it. (Dkt. 56.) If they have not done so already, defendants shall provide the original signature page

ORDER ON PLAINTIFF'S MOTIONS TO
COMPEL DISCOVERY AND FOR AN
EXTENSION OF TIME - 1

to plaintiff **within 21 days** of the date of this Order.

Plaintiff is reminded that he <u>must</u> attempt to meet and confer with counsel for defendants before bringing any future discovery-related motion. Plaintiff did not comply with this requirement when he filed his motion only six days after defendants received his letter requesting the signature page.

(2) Plaintiff's motion for an extension of time (Dkt. 54) is DENIED as moot because plaintiff already has filed his response to defendants' motion for summary judgment (Dkt. 58).

(3) The Clerk is directed to send copies of this order to the parties and to the Honorable Robert S. Lasnik.

Dated this <u>16th</u> day of October, 2018.

Mary Alice Theiler
United States Magistrate Judge

ORDER ON PLAINTIFF'S MOTIONS TO
COMPEL DISCOVERY AND FOR AN
EXTENSION OF TIME - 2