UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAMALL BAKER,

              Plaintiff,

   v.

JERALD GRANT, et al.,

              Defendants.

Case No. C17-1678-RSL-MAT

MINUTE ORDER

The following Minute Order is made at the direction of the Court, the Hon. Mary Alice Theiler, United States Magistrate Judge:

Plaintiff has submitted to the Court for filing several discovery documents, including letters to defendants' counsel and discovery requests, which are attached to this Minute Order. Per Western District of Washington Local Rule LCR 5(d), discovery documents are not to be filed with the Court. Although plaintiff claims that there are "constant mail violations" at the Monroe Correctional Complex's Special Offender's Unit where he is housed, it does not appear that he has attempted to properly serve his discovery requests on defendants. Thus, plaintiff is

\\

\\

MINUTE ORDER - 1

not relieved of his duty to file his discovery requests on defendants as required by the Local Rules and Federal Rules of Civil Procedure.

Dated this 20th day of February, 2019.

William M. McCool  
Clerk of Court

By: /s/ Paula McNabb  
Deputy Clerk

MINUTE ORDER - 2