UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAMALL BAKER,

                Plaintiff,

    v.

JERALD GRANT, et al.,

                Defendants.

Case No. C17-1678-RSL-MAT

ORDER APPOINTING COUNSEL
FOR LIMITED PURPOSE

This is a 42 U.S.C. § 1983 prisoner civil rights action. Pursuant to the Court's May 2, 2019 Order Granting Plaintiff's Motion to Appoint Counsel, the Clerk has identified counsel from the Pro Bono Panel willing to represent plaintiff pro bono "for the limited purpose of preparing for and conducting an evidentiary hearing on the issue of exhaustion of plaintiff's First Amendment retaliation claim against Officer Neely." (Dkt. 104 at 7.) Accordingly, the Court finds and ORDERS:

(1) Elizabeth Weiskopf, elizabeth.weiskopf@klgates.com; Hugh Bangasser, hugh.bangasser@klgates.com; and Theodore Angelis, theo.angelis@klgates.com, with the law firm K & L Gates LLP, 925 4th Avenue, Suite 2900, Seattle, WA 98109, (206) 623-7580, are appointed as counsel for plaintiff pursuant to the "Plan and Rules of the United States District

ORDER APPOINTING COUNSEL FOR
LIMITED PURPOSE - 1

Court for the Western District of Washington at Seattle for the Representation of Pro Se Litigants" for the limited purpose of preparing for and conducting the evidentiary hearing on the question of exhaustion of plaintiff's First Amendment retaliation claim against Officer Neely. After completion of the evidentiary hearing, counsel will be permitted to withdraw.

(2) Counsel is directed to file a Notice of Appearance **within 14 days** of the date of this order. If counsel is unable for a reason set forth in the Rules to assume this representation, a motion for relief from appointment should immediately be filed with the Court.

(3) In the event plaintiff prevails, appointed counsel may move for an award of attorney's fees under any applicable authority. The Court is unable to assure counsel of compensation from any other source, however.

(4) **Within 28 days** of the date of this Order, the parties shall meet, confer, and file a joint status report proposing a deadline for conducting discovery relevant to the evidentiary hearing and indicating how much time the parties will need after the close of discovery to prepare for the hearing. The parties should also address any other relevant issues.

(5) After reviewing the joint status report, the Court will direct a deputy clerk to contact the parties regarding scheduling the evidentiary hearing and will issue an order setting the discovery deadline and scheduling the hearing.

(6) The Clerk is directed to send copies of this order to the parties, to the newly appointed pro bono counsel, and to the Honorable Robert S. Lasnik.

Dated this 11th day of June, 2019.

Mary Alice Theiler
United States Magistrate Judge