UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMALL BAKER,<br><br>                    Plaintiff,<br><br>    v.<br><br>JERALD GRANT, et al.,<br><br>                    Defendants. | Case No. C17-1678-RSL-MAT<br><br>ORDER GRANTING STIPULATED<br>MOTION FOR EXTENSION OF TIME |

Currently before the Court is the parties' stipulated motion requesting a 30-day extension of time to file their joint status report. Finding good cause, the Court GRANTS the stipulated motion (Dkt. 109) and ORDERS the parties to file their joint status report by **August 9, 2019**.

The Clerk is directed to send copies of this order to the parties and to the Honorable Robert S. Lasnik.

Dated this 12th day of July, 2019.

Mary Alice Theiler
United States Magistrate Judge

ORDER GRANTING STIPULATED
MOTION FOR EXTENSION OF TIME - 1