UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAMALL BAKER,

                Plaintiff,

v.

JERALD GRANT, et al.,

                Defendants.

Case No. C17-1678-RSL-MAT

ORDER ON JOINT STATUS REPORT

This is a 42 U.S.C. § 1983 prisoner civil rights action. As ordered by the Court, the parties filed a joint status report related to the evidentiary hearing on the issue of exhaustion of plaintiff's administrative remedies. (Dkt. 111.) Having considered the joint status report and the balance of the record, the Court ORDERS:

(1) The deadline for completing written discovery and document production is **October 18, 2019**.

(2) The deadline for completing depositions is **November 22, 2019**.

(3) The evidentiary hearing is scheduled for **January 23, 2020 at 10:00 a.m.** in Courtroom 12A.

ORDER ON JOINT STATUS REPORT - 1

(4) The parties shall file pretrial briefs no later than 48 hours before the evidentiary hearing. The briefs shall outline the evidence to be presented at the hearing and its impact on the issues before the Court.

(5) The Clerk is directed to send copies of this order to the parties and to the Honorable Robert S. Lasnik.

Dated this 5th day of September, 2019.

Mary Alice Theiler
United States Magistrate Judge

ORDER ON JOINT STATUS REPORT - 2