UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMALL BAKER,<br><br>    Plaintiff,<br><br> v.<br><br>JERALD GRANT, et al.,<br><br>    Defendants. | Case No. C17-1678-RSL-MAT<br><br>ORDER GRANTING STIPULATED MOTION FOR WITHDRAWAL OF COUNSEL |

The parties' stipulated motion (Dkt. 116) is GRANTED. Hugh Frederick Bangasser, Theodore J. Angelis, Elizabeth J. Weiskopf, and Jenna L. Bruce are withdrawn as counsel for plaintiff effective December 31, 2019.

The Clerk is directed to send copies of this order to counsel and to plaintiff at the Monroe Correctional Complex-SOU, PO Box 514, Monroe, Washington, 98272-0514.

Dated this 19th day of December, 2019.

Mary Alice Theiler
United States Magistrate Judge

ORDER GRANTING STIPULATED
MOTION FOR WITHDRAWAL OF
COUNSEL - 1