UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMALL BAKER,<br><br>                      Plaintiff,<br><br>    v.<br><br>JERALD GRANT, et al.,<br><br>                      Defendants. | Case No. C17-1678-RSL-MAT<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE JOINT STATUS REPORT |

Plaintiff, who is now proceeding *pro se*, and defendants have both filed motions asking for an extension of time to file the joint status report that was due December 19, 2029. Finding good cause, the Court GRANTS the parties' motions (Dkts. 117, 120) and orders them to file a joint status report on or before **January 31, 2020**. The Clerk is directed to send copies of this order to the parties and to the Honorable Robert S. Lasnik.

Dated this 30th day of December, 2019.

Mary Alice Theiler
United States Magistrate Judge

ORDER GRANTING EXTENSION OF
TIME TO FILE JOINT STATUS REPORT
- 1