UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMALL BAKER,<br><br>                Plaintiff,<br><br>   v.<br><br>JERALD GRANT, et al.,<br><br>                Defendants. | Case No. C17-1678-RSL-MAT<br><br>ORDER ON JOINT STATUS REPORT |

This is a 42 U.S.C. § 1983 prisoner civil rights action. Pursuant to the Court's November 19, 2019 order (Dkt. 115), the parties filed a joint status report ("JSR") (Dkt. 123). Some of the issues addressed in the JSR have already been resolved. (*See* Dkts. 119, 122.) The remaining issues relate to discovery and summary judgment. (*See* Dkt. 123.) The parties agree that defendants' motion for summary judgment should be placed back on the Court's calendar and noted for February 28, 2020. Plaintiff, however, contends he needs an additional 60 days to conduct discovery in order to oppose the summary judgment motion and indicates he will file a motion requesting such a relief. Defendants do not believe additional time is necessary and plan to oppose any request.

Having considered the joint status report and the balance of the record, the Court finds and

ORDER ON JOINT STATUS REPORT - 1

ORDERS:

(1) On April 1, 2019, defendants moved for summary judgment. (Dkt. 84.) On April 3, 2019—before the discovery deadline passed—plaintiff filed a motion for a continuance under Federal Rule of Civil Procedure 56 so he could obtain additional discovery before responding to the summary judgment motion. (Dkt. 91.) The Court subsequently took defendants' summary judgment motion off its calendar pending the appointment of pro bono counsel to represent plaintiff at an evidentiary hearing regarding exhaustion. (Dkt. 104.) The Court also denied as moot plaintiff's Rule 56 motion for extension of time. (*Id.*) After counsel was appointed, the Court set October 18, 2019 as the written discovery deadline, November 22, 2019 as the deposition deadline, and scheduled the evidentiary hearing for January 23, 2020. (Dkt. 112.) On November 5, 2019, defendants waived their exhaustion argument. (Dkt. 114.) In light of this development, Court allowed plaintiff's pro bono counsel to withdraw and cancelled the evidentiary hearing. (*See* Dkts. 116-122.)

Given this record, plaintiff is in essentially the same position now as he was when he filed his April 3, 2019 motion for a continuance under Rule 56(d). Plaintiff, however, did not support his April 3, 2019 motion with an affidavit or declaration as required by the rule. Therefore, the Court deems it appropriate to require plaintiff to file a properly supported Rule 56(d) motion for extension of time to conduct discovery and respond to defendants' motion for summary judgment. Plaintiff shall file such a motion by **February 25, 2020**, and note it on the Court's calendar as provided in the Local Rules.

(2) After resolution of plaintiff's motion for extension of time (or if he does not timely file such a motion) the Court will direct defendants to re-file their motion for summary judgment with the standard noting date.

(3)  The Clerk is directed to send copies of this order to the parties and to the Honorable Robert S. Lasnik.

Dated this 4th day of February, 2020.

Mary Alice Theiler
United States Magistrate Judge

ORDER ON JOINT STATUS REPORT - 3