UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAMALL BAKER,

                Plaintiff,

v.

JERALD GRANT, et al.,

                Defendants.

Case No. C17-1678-RSL-MAT

ORDER DIRECTING DEFENDANTS TO REFILE MOTION FOR SUMMARY JUDGMENT

On February 4, 2020, the Court declined to place defendants' motion for summary judgment back on the calendar until after plaintiff had an opportunity to seek additional time to conduct discovery. (Dkt. 124.) On February 5, 2020, plaintiff asked the Court to put the motion for summary judgment back on the calendar, stating that he would only seek additional time if necessary after the motion was refiled. (Dkt. 125.) Given plaintiff's request, the Court STRIKES the deadline for plaintiff to move for additional time to conduct discovery and ORDERS defendants to refile their motion for summary judgment and supporting evidence **within seven days** of the date of this Order. Defendants shall note their motion in accordance with the Local Rules.

The Clerk is directed to send copies of this order to the parties and to the Honorable Robert

ORDER DIRECTING DEFENDANTS TO
REFILE MOTION FOR SUMMARY
JUDGMENT - 1

S. Lasnik.

Dated this 12th day of February, 2020.

_____
Mary Alice Theiler
United States Magistrate Judge

ORDER DIRECTING DEFENDANTS TO
REFILE MOTION FOR SUMMARY
JUDGMENT - 2