UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMALL BAKER,<br><br>               Plaintiff,<br><br>    v.<br><br>JERALD GRANT, et al.,<br><br>               Defendants. | Case No. C17-1678-RSL-MAT<br><br>ORDER SETTING NOTING DATE |

      This is a 42 U.S.C. § 1983 prisoner civil rights action. On March 18, 2020, plaintiff filed a Memorandum of Points and Authorities in Support of Plaintiff's Motion for Additional Discovery (Dkt. 136), but he did not file an accompanying motion. The Court construes plaintiff's submission as a motion for additional discovery. The Clerk is directed to NOTE the motion (Dkt. 136) for **April 3, 2020**, to provide defendants an opportunity to respond, and to send copies of this order to the parties and to the Honorable Robert S. Lasnik.

      Dated this 20th day of March, 2020.

                                                    Mary Alice Theiler
                                                 United States Magistrate Judge

ORDER SETTING NOTING DATE - 1