UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMALL BAKER,<br><br>                  Plaintiff,<br><br>   v.<br><br>JERALD GRANT, et al.,<br><br>                  Defendants. | CASE NO. C17-1678-RSL<br><br>ORDER DISMISSING ACTION |

The Court, having reviewed plaintiff's civil rights complaint, defendants' Motion for Summary Judgment, the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Defendants' Motion for Summary Judgment (Dkt. 127) is GRANTED and plaintiff's remaining claims and this matter are DISMISSED with prejudice; and

(3) The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendants, and to the Honorable Mary Alice Theiler.

DATED this 27th day of July, 2020.

*[signature]*

Robert S. Lasnik
United States District Judge

ORDER DISMISSING ACTION
PAGE - 1